UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cr-00159-RSB-CLR |
| | ) | |
| CALVIN BECKFORD, | ) | |
| | ) | |

**ORDER**

The Motion for Leave of Absence of D. Bobo Mullens, III, counsel for Defendant Calvin Beckford, having been considered, and good cause being shown, and no objection thereto,

IT IS HEREBY ORDERED that the Motion for Leave of Absence from Monday, October 31, 2022 through and including Wednesday, November 2, 2022; Monday, November 7 through and including Friday, November 11, 2022; Tuesday, November 22 through and including Friday, November 25; and Friday, December 23 through and including Monday, December 26, 2022 is hereby GRANTED.

This 24th day of October, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA